UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DAVID MICHAEL PELLEGRINI,<br><br>Petitioner,<br><br>v.<br><br>ATTORNEY GENERAL, *et al.*,<br><br>Respondents. | Case No. 2:01-cv-01382-HDM-BNW<br><br>**ORDER** |

This habeas corpus action was stayed on May 31, 2005, pending further state-court proceedings. *See* Order entered May 31, 2005 (ECF No. 94). In the order staying the case, the Court ordered Pellegrini to file status reports every six months— by March 1 and September 1 of every year. *See id.* Pellegrini has not filed such status reports for some time.

**IT IS THEREFORE ORDERED** that, on or before March 1, 2021, Petitioner shall file a status report, describing the status of his state-court proceedings. Petitioner shall thereafter resume filing status reports every six months (on or before the first day of September 2021, March 2022, etc.). Respondents may file and serve a response to any such status report within 20 days. Petitioner may reply within 15 days after Respondents' response.

DATED THIS 8th day of February, 2021.

HOWARD D. MCKIBBEN,
UNITED STATES DISTRICT JUDGE