UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DAVID MICHAEL PELLEGRINI,<br><br>   Petitioner,<br><br>v.<br><br>TIM GARRETT, *et al.*,<br><br>   Respondents. | Case No. 2:01-cv-01382-HDM-BNW<br><br>**ORDER** |

In this habeas corpus action, on April 7, 2021, the Court ordered the petitioner, David Michael Pellegrini, represented by appointed counsel, to show cause why this action should not be dismissed for failure to prosecute and/or for failure to comply with the Court's orders. *See* Order entered April 7, 2021 (ECF No. 132). Pellegrini filed his response to the order to show cause on May 8, 2021 (ECF No. 133). Respondents' reply was then due on June 7, 2021. *See* Order entered April 7, 2021 (ECF No. 132) (30 days for reply).

On June 7, 2021, Respondents filed a motion for extension of time (ECF No. 136), requesting a seven-day extension of time, to June 14, 2021, for their reply. Respondents' counsel states that the extension of time is necessary primarily because of her obligations in other cases. The Court determines that Respondents' motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time.

///

///

///

///

1

**IT IS THEREFORE ORDERED** that Respondents' Motion for Enlargement of Time (ECF No. 136) is **GRANTED**. Respondents' reply to Petitioner's response to the order to show cause will be due on June 14, 2021.

DATED THIS 9th day of June, 2021.

_____
HOWARD D. McKIBBEN,
UNITED STATES DISTRICT JUDGE