UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

DAVID MICHAEL PELLEGRINI,

    Petitioner,

    v.

TIM GARRETT, *et al.*,

    Respondents.

Case No. 2:01-cv-01382-HDM-BNW

**ORDER**

In this habeas corpus action, on April 7, 2021, the Court ordered the petitioner, David Michael Pellegrini, represented by appointed counsel, to show cause why this action should not be dismissed for failure to prosecute and/or for failure to comply with the Court's orders. *See* Order entered April 7, 2021 (ECF No. 132). Pellegrini filed his response to the order to show cause on May 8, 2021 (ECF No. 133). Respondents filed their reply on June 14, 2021 (ECF No. 138). Pellegrini's surreply was then due on June 29, 2021. *See* Order entered April 7, 2021 (ECF No. 132) (15 days for surreply).

On June 29, 2021, Pellegrini filed a motion for extension of time (ECF No. 140), requesting an extension of time to July 7, 2021 (an eight-day extension) for his surreply. Pellegrini's counsel states that the extension of time is necessary because of her obligations in another case. The Court determines that the motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time.

///

///

///

///

///

1

**IT IS THEREFORE ORDERED** that Petitioner's Motion to Extend Time (ECF No. 140) is **GRANTED**. Petitioner's surreply regarding the order to show cause will be due on July 7, 2021.

DATED THIS 1st day of July, 2021.

_____
HOWARD D. McKIBBEN,
UNITED STATES DISTRICT JUDGE